IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

KEVIN GAMBLE, individually and on behalf of all others similarly situated,

                    Plaintiff,

-against-

JAKO ENTERPRISES, LLC,

                    Defendant.

Case No: 22 Civ. 10732 (KMK)

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, through his undersigned counsel, pursuant to Fed. R. Civ. P. 41(a), files this Notice of Voluntary Dismissal without Prejudice and state as follows:

1. Federal Rule of Civil Procedure 41(a) allows a plaintiff to voluntarily dismiss an action without leave of Court prior to the filing of an answer or a motion for summary judgment.

2. Here, Defendant has not filed an answer to the Complaint and have not made any motion for summary judgment.

WHEREFORE, Plaintiff respectfully asks the Court to dismiss the above action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:    New York, New York
          June 19, 2023

SO ORDERED this 20th day of ____Jul____, 2023

_____
Hon. Kenneth M. Karas, U.S.D.J.

Respectfully submitted,

/s/ Brian S. Schaffer
Brian S. Schaffer
**FITAPELLI & SCHAFFER, LLP**
28 Liberty 30th Floor
New York, NY 10005